UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Alisa Cheryl Bailey            Docket No. 5:14-CR-169-1FL

**Petition for Action on Probation**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Alisa Cheryl Bailey, who, upon an earlier plea of guilty to Uttering Counterfeit Obligations or Securities, 18 U.S.C. § 472, was sentenced by the Honorable Dana L. Christensen, Chief U.S. District Judge, for the District of Montana, on June 19, 2014, to 60 months probation under the conditions adopted by the court. On July 31, 2014, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has resided in the Eastern District of North Carolina during her entire term of probation. On September 16, 2015, she was charged with Driving While License Revoked (15CR56910) in Wake County, North Carolina. The case remains pending. Additionally, the defendant's mother advised Bailey stole various checks from the family bank account and used them to get cash from a grocery store. She also used her mother's JCPenny Card without permission to purchase jewelry which she later pawned for cash. The defendant's mother chose to resolve these financial matters with her daughter and did not pursue legal action against her. The probation officer reprimanded Bailey for her actions and believes that cognitive behavioral therapy would have an impact in addressing the defendant's behavior. As such, it is recommended that she be directed to participate in MRT. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain            /s/ Julie Wise Rosa
Michael C. Brittain            Julie Wise Rosa
Senior U.S. Probation Officer            U.S. Probation Officer
           310 New Bern Avenue, Room 610
           Raleigh, NC 27601-1441
           Phone: 919-861-8675
           Executed On: November 3, 2015

**Alisa Cheryl Bailey**
**Docket No. 5:14-CR-169-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __3rd____ day of __November_____, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge