IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

DOCKET NO. 5:14-CR-169-1FL

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
|  | ) | ORDER |
| v. | ) |  |
|  | ) |  |
| **Alisa Cheryl Bailey,** | ) |  |
| **Defendant.** | ) |  |

   This matter is before the court on the U.S. Probation Officer's motion to continue the Motion for Revocation Hearing in the above case, presently scheduled for August 11, 2016, in New Bern. This case is hereby CONTINUED to a date to be determined by this court and the home confinement condition shall hereby be removed on the date of the order.


   This  12th  day of  July, 2016.

                                    _Louise W. Flanagan_
                                    Louise W. Flanagan
                                    U.S. District Judge