UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Alisa Cheryl Bailey**					**Docket No. 5:14-CR-169-1FL**

**Petition for Action on Probation**

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alisa Cheryl Bailey, who, upon her earlier plea of guilty to Uttering Counterfeit Obligations or Securities, in violation of 18 U.S.C. § 472, on June 19, 2014, was sentenced by the Honorable Dana L. Christensen, Chief U.S. District Judge in the District of Montana to 60 months probation under the conditions adopted by the court. On August 13, 2014, jurisdiction was transferred from Montana to the Eastern District of North Carolina.

On November 3, 2015, the defendant's conditions of supervision were modified to include participation in a Cognitive Behavioral Program based upon new criminal conduct. Additionally, on December 4, 2015, a Motion for Revocation was filed based upon additional criminal conduct, and a revocation hearing was scheduled. The court subsequently agreed to continue the revocation hearing based upon Bailey's acceptance into the HOPE Program and her continued engagement in substance abuse treatment and vocational services.

On September 29, 2016, the court was notified that the defendant pled guilty to misdemeanor Common Law Uttering in Wake County, North Carolina. It was noted that the defendant accepted the plea deal so that her involvement in the HOPE Program would not be further delayed and that the defendant maintained her innocence. The probation office requested, and the court agreed, to allow Bailey to proceed with HOPE and take no further action.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 31, 2017, the defendant tested positive for the use of methamphetamine. In addition to the positive test on May 31, 2017, the defendant has submitted dilute or invalid urine specimens on May 4, 2017, May 18, 2017, and June 1, 2017. As a sanction, the HOPE court team has recommended the defendant be placed on a curfew with electronic monitoring, restricting the defendant to her residence for a period of 30 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Alisa Cheryl Bailey
Docket No. 5:14-CR-169-1FL
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Christopher Studley
Christopher Studley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8669
Executed On: June 09, 2017

### ORDER OF THE COURT

Considered and ordered this 9th day of June, 2017, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge