# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

       v.          Crim. No. 5:14-CR-169-1FL

ALISA CHERYL BAILEY

  On June 19, 2014, the above was ordered to serve a term of probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

              I declare under penalty of perjury that the foregoing is true and correct.

              /s/ Julie Wise Rosa  
              Julie Wise Rosa  
              Senior U.S. Probation Officer  
              310 New Bern Avenue, Room 610  
              Raleigh, NC 27601-1441  
              Phone: 919-861-8675  
              Executed On: April 30, 2018

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

  Dated this  1st  day of  May , 2018.

              Louise W. Flanagan  
              U.S. District Judge